IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERTO VILLALBA,**

    **Petitioner,**

vs.                                                   **Case No. 4:08cv110-WS/WCS**

**MICHAEL B. MUKASEY,
ATTORNEY GENERAL OF THE
UNITED STATES, et al.,**

    **Respondents.**

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, filed a petition seeking a writ of habeas corpus under § 2241, doc. 1, on March 11, 2008. Petitioner asserted he was being held in indefinite detention and claimed that Respondents were unable to remove him. *Id.* Petitioner sought relief under Zadvydas v. Davis, 533 U.S. 678 (2001), to his continued detention. *Id.*

On June 13, 2008, Respondents filed a motion to dismiss, doc. 17, which advises that Petitioner was "removed from the United States to Panama on May 29, 2008." Doc. 17, p. 1. Because Petitioner has been removed, Respondents contend that this case is moot and should be dismissed as there is nothing left for this Court to remedy.

*Id.*, at 2.  Respondents do not provide an address for Petitioner in Panama, but attached to the motion is an exhibit showing Petitioner left the United States from the Orlando Airport on May 29th.  *Id.*

## REPORT AND RECOMMENDATION

Consequently, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Petitioner Roberto Villalba, Alien #A14-543,512, be **DISMISSED as moot** since it appears he has been removed from the United States.

**IN CHAMBERS** at Tallahassee, Florida, on June 16, 2008.


 s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**