IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ROBERTO VILLALBA,

        Petitioner,

v.                                                                              4:08cv110-WS

MICHAEL B. MUKASEY, ATTORNEY
GENERAL OF THE UNITED
STATES, et al.,

        Respondents.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed June 16, 2008.  See Doc. 19.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus (doc. 1) be dismissed as moot.  No objections have been filed.

      Having carefully considered the record, this court has determined that the recommendation should be adopted.

      Accordingly, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 19) is hereby ADOPTED and incorporated by reference in this order of the court.

2.  The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED as moot.

3.  The Clerk is directed to enter judgment accordingly.

DONE AND ORDERED this   16th   day of   July  , 2008.


                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE